UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EVELYN PETERS,

       Plaintiff,

  -against-                                    REPORT AND
                                                                   RECOMMENDATION
WELLS FARGO BANK, N.A.,                    22 CV 6303 (EK)(RML)
WILMINGTON TRUST, N.A.,
ACCREDITED HOME LENDERS, INC.,
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS (MERS),

       Defendants.
-------------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiff Evelyn Peters ("plaintiff"), then *pro se*, commenced this action in October 2022, asserting claims for, *inter alia*, fraud and conspiracy arising out of a mortgage foreclosure matter filed against plaintiff in state court in 2014. (See Complaint, dated Sept. 6, 2022, Dkt. No. 1.) That state court action ended on April 15, 2016, when the court entered a judgment of foreclosure and sale. (Declaration of James N. Faller, Esq., dated Jan. 11, 2023, Dkt. No. 12, ¶ 5, Ex. 2.)

        In January 2023, defendants moved to dismiss the complaint, and by order dated April 12, 2023, the Honorable Eric Komitee, United States District Judge, referred that motion to me for report and recommendation. (See Motion to Dismiss, dated Jan. 11, 2023, Dkt. No. 10; Order Referring Motion, dated Apr. 12, 2023.) Plaintiff then retained counsel and requested leave to amend her complaint. (See Minute Entries, dated Nov. 22 and 28, 2023.) At a conference on December 21, 2023, I directed plaintiff to file her amended complaint by January 19, 2024. (See Minute Entry, dated Dec. 21, 2023.) I also terminated defendants' motion to

dismiss as moot, with leave to file a new motion to dismiss after plaintiff filed her amended complaint. (Id.)

Plaintiff failed to file an amended complaint by the deadline or to contact the court to request an extension. I therefore issued an order directing plaintiff to file an amended complaint by March 1, 2024, on pain of sanctions, including a recommendation to Judge Komitee that this case be dismissed for lack of prosecution. (See Order, dated Feb. 22, 2024.)

Plaintiff did not file an amended complaint by March 1, 2024, and the court has received no communication from her attorney. Because plaintiff has clearly abandoned this case, I respectfully recommend that this case be dismissed for failure to prosecute.

Any objection to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
       March 18, 2024

2