```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  EVELYN PETERS,

                     Plaintiff,              MEMORANDUM & ORDER
                                              22-CV-6303(EK)(RML)
             -against-

  WELLS FARGO BANK, N.A., WILMINGTON
  TRUST, N.A., ACCREDITED HOME LENDERS,
  INC., and MORTGAGE ELECTRNIC
  REGISTRATION SYSTEMS (MERS),

                     Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated March 18, 2024.  ECF No. 24.  Judge Levy recommends that this case be dismissed for failure to prosecute.  Neither party has filed objections and the time to do so has expired.  Accordingly, the court reviews Judge Levy's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no error and therefore adopt the R&R in its

entirety.  Thus, the case is dismissed.  The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

                                      /s/ Eric Komitee  
                                      ERIC KOMITEE  
                                      United States District Judge

Dated:    April 17, 2024  
            Brooklyn, New York